Mark A. Broughton, #079822
Sally S. Vecchiarelli, #305636
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, Raul Zamudio Hurtado, Jr.

IN THE UNITED STATES DIRSTICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>RAUL ZAMUDIO HURTADO, JR.<br><br>Defendant | Case No.: 1:17-CR-00135-6-LJO-SKO<br><br>**STIPULATION MODIFYING PRETRIAL CONDITIONS OF RELEASE AND ORDER**<br><br>Courtroom: 7<br>Honorable Judge Oberto |

**TO: THE HONORABLE JUDGE OF THE ABOVE-ENTITLED COURT, UNITED STATES ATTORNEY KIMBERLY A. SANCHEZ AND/OR HER REPRESENTATIVE, AND PRETRIAL SERVICES OFFICER ALICIA MIRGAIN:**

It is hereby stipulated between the Defendant, Raul Zamudio Hurtado, Jr., by and through his counsel, Mark A. Broughton, and the Plaintiff, United States of America, by and through Assistant United States Attorney Kimberly A. Sanchez, that the Defendant's Pretrial Conditions of Release be modified to reflect new Curfew condition.

///

///

///

The stipulation is based upon the recommendation of the Pretrial Services Officer and due to Mr. Hurtado's continued compliance while on pretrial release.

IT IS SO STIPULATED.

Respectfully Submitted,

Dated: November 30, 2017  /s/ Mark A. Broughton
MARK A. BROUGHTON
Attorney for Defendant,
Raul Zamudio Hurtado, Jr.

Dated: November 30, 2017  /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Attorney for the United States

## ORDER

It is hereby ordered that the condition (entered on June 26, 2017) requiring that Mr. Hurtado, Jr. participate in location monitoring by way of Home Detention be modified to a Curfew from Mr. Hurtado, Jr.'s condition of pre-trial release:

> "You shall participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer; **CURFEW**: You must reside inside your residence every day from 8:00 p.m. to 4:30 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment or Court-ordered obligations."

**It is hereby ordered** that all other pre-trial release conditions shall remain in full force and effect.

IT IS SO ORDERED.

Dated: **November 30, 2017**           /s/ Barbara A. McAuliffe
                                              UNITED STATES MAGISTRATE JUDGE