**Mark A. Broughton, #079822**
MARK A. BROUGHTON, PC
2300 Tulare Street, Suite 215
Fresno, CA 93721
Tel: (559) 691-6222
Fax: (559) 691-6221

Attorney for Defendant, Raul Zamudio Hurtado, Jr.

IN THE UNITED STATES DIRSTICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No.: 1:17-CR-00135-6-LJO-SKO |
| ) | |
| Plaintiff, ) | **JOINT STIPULATION RE** |
| ) | **TEMPORARILY REMOVING** |
| vs. ) | **DEFENDANT'S LOCATION** |
| ) | **MONITORING EQUIPMENT** |
| ) | **ORDER** |
| ) | |
| RAUL ZAMUDIO HURTADO, JR. ) | |
| ) | Courtroom: 4 |
| Defendant ) | Honorable Judge O'Neill |
| ) | |

**TO: THE HONORABLE JUDGE OF THE ABOVE-ENTITLED COURT, UNITED STATES ATTORNEY KIMBERLY A. SANCHEZ AND/OR HER REPRESENTATIVE, AND PRETRIAL SERVICES OFFICER ALICIA MIRGAIN:**

It is hereby stipulated between Mark A. Broughton, the attorney for Defendant, Raul Zamudio Hurtado, Jr., and Kimberly A. Sanchez, Assistant United States Attorney that the Defendant's Location Monitoring transmitter on his ankle be removed from Thursday, January 17, 2019 and reinstalled on Tuesday, January 22, 2019.

Mr. Hurtado is scheduled for an Extracorporeal Shock Wave Lithotripsy on Friday, January 18, 2019 for Kidney stones. This procedure cannot be performed with the transmitter on his ankle as it can cause harm to both the equipment and Mr. Hurtado.

///

*1*

The stipulation is agreed by all parties mentioned above who have no objections.

IT IS SO STIPULATED.

                                              Respectfully Submitted,

Dated: January 17, 2019                 /s/ Mark A. Broughton
                                              MARK A. BROUGHTON
                                              Attorney for Defendant,
                                              Raul Zamudio Hurtado, Jr.

Dated: January 17, 2019                 /s/ Kimberly A. Sanchez
                                              KIMBERLY A. SANCHEZ
                                              Attorney for the United States

\* \* \* \* \*

ORDER

IT IS SO ORDERED.

    Dated: **January 17, 2019**                **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES CHIEF DISTRICT JUDGE