# UNITED STATES DISTRICT COURT
Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>RAUL ZAMUDIO HURTADO, JR.<br><br>                Defendant. | **CONSENT ORDER DENYING**<br><br>**SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 1:17-cr-00135 LJO SKO |

Notice is hereby given that, subject to approval by the Court, defendant Rafael Zamudio Hurtado, Jr., hereby substitutes Kevin G. Little, Esq., State Bar No. 149818, as counsel of record, in place of Mark A. Broughton, Attorney at Law, 2300 Tulare Street, Suite 215, Fresno, CA 93721, Email: mark@fresnocriminallawyer.com .

Contact information for new counsel is as follows:

| | |
|---|---|
| Attorney: | Kevin G. Little |
| Firm Name: | Law Office of Kevin G. Little |
| Address: | Post Office Box 8656, Fresno, CA 93747 (mail and delivery) |
| | 1225 East Divisadero Street, Fresno, CA 93721 (physical) |
| Telephone: | (559) 342-5800 |
| Facsimile: | (559) 242-2400 |
| E-mail: | kevin@kevinglittle.com |

I consent to the above substitution:

Date: January 7, 2020                               */s/ Rafael Zamudio Hurtado, Jr.*
                                                               Defendant Rafael Zamudio Hurtado, Jr.

I consent to being substituted.

Date: January 7, 2020                               */s/ Mark A. Broughton*
                                                                Mark A. Broughton, Esq.

I consent to the above substitution.

Date: January 7, 2020                               */s/ Kevin G. Little*
                                                                Kevin G. Little, Esq.

ORDER

The substitution of attorney has been received.  There is no representation that Counsel Little will not be requesting a continuance of the upcoming Sentencing set for January 21, 2020.  Without that representation, the Court does not have enough information to grant the motion.  DENIED without prejudice.

IT IS SO ORDERED.

| | |
|---|---|
| Dated: **January 9, 2020** | **/s/ Lawrence J. O'Neill** \_\_\_\_\_<br>UNITED STATES DISTRICT JUDGE |

.