McGREGOR W. SCOTT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-135-NONE |
| Plaintiff, | STIPULATION TO CONTINUE EVIDENTIARY HEARING; FINDINGS AND ORDER |
| v. | DATE: March 13, 2020 |
| RAUL ZAMUDIO HURTADO, JR., | TIME: 8:30 a.m. |
| Defendant. | COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an evidentiary hearing on March 13, 2020.

2. By this stipulation, the parties move to continue the evidentiary hearing until March 27, 2020, at 8:30 a.m.

3. The parties agree and stipulate, and request that the Court find the following:

    a) This matter is currently scheduled for an evidentiary hearing on Hurtado's motion to withdraw his guilty plea. The parties have communicated with Hurtado's prior attorney, Mark Broughton, and believe they will be able to file a declaration for Mr. Broughton in lieu of testimony in order to make the evidentiary hearing more efficient. While the parties have worked with Mr. Broughton to finalize a declaration, additional time is needed to do so.

b) In addition, the parties have met and conferred in an attempt to resolve Hurtado's motion. The parties need additional time to explore a potential resolution of the motion, which may eliminate the need for an evidentiary hearing. The parties request additional time to explore this potential resolution.

IT IS SO STIPULATED.

Dated: March 10, 2020
McGREGOR W. SCOTT
United States Attorney

/s/ ROSS PEARSON
ROSS PEARSON
Assistant United States Attorney

Dated: March 10, 2020
/s/ KEVIN LITTLE
KEVIN LITTLE
Counsel for Defendant
RAUL ZAMUDIO HURTADO, JR.
(Authorized by email on March 10, 2020)

**ORDER**

IT IS SO ORDERED.

Dated: **March 10, 2020**

UNITED STATES DISTRICT JUDGE