KEVIN G. LITTLE, SBN 149818
**LAW OFFICE OF KEVIN G. LITTLE**
Post Office Box 8656
Fresno, CA 93747
Telephone:  (559) 342-5800
Facsimile:   (559) 242-2400
E-Mail: kevin@kevinlittle.com

Attorneys for Defendant RAUL ZAMUDIO HURTADO, JR.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:17-CR-135-NONE |
| Plaintiff, | STIPULATION RE: ADDITIONAL PROPOSED RELEASE CONDITION AND ORDER |
| v. | |
| RAUL ZAMUDIO HURTADO, JR., | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The order releasing defendant from custody dated April 17, 2020 (Dkt. No. 424) does not address drug rehabilitation treatment.

2. The parties are in agreement that the following special condition may be added to said order:

> You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

IT IS SO STIPULATED.

STIPULATION RE; ADDITIONAL PROPOSED RELEASE CONDITION AND ORDER

1

| | |
|---|---|
| Dated:  May 7, 2020 | McGREGOR W. SCOTT<br>United States Attorney<br><br>/s/ ROSS PEARSON<br>ROSS PEARSON<br>Assistant United States Attorney |
| Dated:  May 7, 2020 | /s/ KEVIN LITTLE<br>KEVIN LITTLE<br>Counsel for Defendant<br>RAUL ZAMUDIO HURTADO, JR. |

**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated:   **May 8, 2020**          _____
UNITED STATES DISTRICT JUDGE