KEVIN G. LITTLE, SBN 149818
**LAW OFFICE OF KEVIN G. LITTLE**
Post Office Box 8656
Fresno, CA 93747
Telephone: (559) 342-5800
Facsimile: (559) 242-2400
E-Mail: kevin@kevinlittle.com

Attorneys for Defendant RAUL ZAMUDIO HURTADO, JR.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-135-NONE |
|---|---|
| Plaintiff, | STIPULATION RE: RESCHEDULING OF AUGUST 14, 2020 EVIDENTIARY HEARING AND ORDER |
| v. | |
| RAUL ZAMUDIO HURTADO, JR., | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

Due to scheduling conflicts and lead counsel for the government's current parental leave status, the parties submit that there is good cause to continue the August 14, 2020 hearing in this matter to Wednesday, September 23, 2020 at 10:30am. All counsel and the witness to be called have confirmed their availability for that date.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  August 7, 2020 | McGREGOR W. SCOTT<br>United States Attorney<br><br>/s/ ROSS PEARSON<br>ROSS PEARSON<br>Assistant United States Attorney |
| Dated:  August 7, 2020 | /s/ KEVIN LITTLE<br>KEVIN LITTLE<br>Counsel for Defendant<br>RAUL ZAMUDIO HURTADO, JR. |

**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated:   **August 7, 2020**

_____
UNITED STATES DISTRICT JUDGE