KEVIN G. LITTLE, SBN 149818
**LAW OFFICE OF KEVIN G. LITTLE**
Post Office Box 8656
Fresno, CA 93747
Telephone:  (559) 342-5800
Facsimile:  (559) 242-2400
E-Mail: kevin@kevinlittle.com

Attorneys for Defendant RAUL ZAMUDIO HURTADO, JR.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:17-CR-135-NONE |
| Plaintiff, | STIPULATION RE: ADDITIONAL RELEASE CONDITION AND ORDER |
| v. | |
| RAUL ZAMUDIO HURTADO, JR., | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The order releasing defendant from custody dated April 17, 2020 (Dkt. No. 424) may be further modified to contain the following superseding special condition (m):

> You must participate in the location monitoring program and abide by all the requirements of the program, which will include your enrollment in SmartLINK.  You will be required to maintain a cellphone (iOS or Android operating system) with a data plan and an active email account at your own expense until you are able to install a landline at your residence. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer. CURFEW: You must remain inside your residence every day from 9:00PM to 4:30AM, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

Upon installation of a landline at your residence, you will no longer be subject to SmartLINK monitoring and you must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer; CURFEW: You must remain inside your residence every day from 9:00PM to 4:30AM, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

All other conditions previously imposed shall remain in full force and effect.to said order:

IT IS SO STIPULATED.

Dated: June 11, 2021

McGREGOR W. SCOTT
United States Attorney

/s/ ROSS PEARSON
ROSS PEARSON
Assistant United States Attorney

Dated: June 11, 2021

/s/ KEVIN LITTLE
KEVIN LITTLE
Counsel for Defendant
RAUL ZAMUDIO HURTADO, JR.

**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated: **June 11, 2021**

UNITED STATES DISTRICT JUDGE