Kevin G. Little, SBN 149818
LAW OFFICE OF KEVIN G. LITTLE
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 342-5800
Facsimile: (559) 242-2400
E-mail: kevin@kevinglittle.com

Attorneys for Defendant Raul Zamudio Hurtado, Jr.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  1: 17-cr-00135-DAD-SKO |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE SENTENCING |
| RAUL ZAMUDIO HURTADO, JR., | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney and Ross Pearson, Assistant U.S. Attorney and the undersigned attorney for defendant Raul Zamudio Hurtado that the sentencing hearing set for March 7, 2022 at 9:00 am before the Honorable Dale A. Drozd, U.S. District Court Judge, be continued to June 6, 2022 at 9:00 a.m. The reason for the request is that Defendant's counsel is scheduled to be in a multi-week criminal trial beginning February 28, 2022 (Fresno Superior Court Case No. F21908663/F17905357; *People v. Juan Jose Orrosquieta)* which is expected to conflict with the Defendant's current sentencing date and counsel's ability to prepare related filings as currently scheduled.

//
//
//

-1-

Dated: February 16, 2021

Respectfully submitted,
PHILLIP A. TALBERT
Acting United States Attorney

By        */s/ Ross Pearson*
ROSS PEARSON
Assistant U.S. Attorney

Dated: February 16, 2021

*/s/ Kevin Little*
KEVIN LITTLE
Attorney for Defendant Raul Zamudio Hurtado, Jr.

**ORDER**

IT IS SO ORDERED.

Dated:   **February 17, 2022**

UNITED STATES DISTRICT JUDGE

-2-