Kevin G. Little, SBN 149818
LAW OFFICE OF KEVIN G. LITTLE
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 342-5800
Facsimile: (559) 242-2400
E-mail: kevin@kevinlittle.com

Attorneys for Defendant Raul Zamudio Hurtado, Jr.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RAUL ZAMUDIO HURTADO, JR.,<br><br>　　　　　Defendant. | No.  1: 17-cr-00135-DAD-SKO<br><br>STIPULATION TO CONTINUE SENTENCING |

　　　　IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney and Ross Pearson, Assistant U.S. Attorney and the undersigned attorney for defendant Raul Zamudio Hurtado that the sentencing hearing set for June 6, 2022 at 9:00 am before the Honorable Dale A. Drozd, U.S. District Court Judge, be continued to August 15, 2022 at 9:00 a.m. The reason for the request is that both parties' counsel are scheduled to be in a multi-week criminal trial beginning May 31, 2022 (*United States v. Rivas Gomez and Castro*, No. 1:18-cr-00002 JLT SKO*)* which is expected to conflict with the Defendant's current sentencing date and counsel's ability to prepare related filings as currently scheduled.

//
//
//

-1-

Dated: April 25, 2022                    Respectfully submitted,
                                         PHILLIP A. TALBERT
                                         Acting United States Attorney

                            By    */s/ Ross Pearson*
                                         ROSS PEARSON
                                         Assistant U.S. Attorney

Dated: April 25, 2022                    */s/ Kevin Little*
                                         KEVIN LITTLE
                                         Attorney for Defendant Raul Zamudio Hurtado, Jr.


**ORDER**

IT IS SO ORDERED.

Dated:   **April 25, 2022**              _____
                                         UNITED STATES DISTRICT JUDGE