Kevin G. Little, SBN 149818
LAW OFFICE OF KEVIN G. LITTLE
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 342-5800
Facsimile: (559) 242-2400
E-mail: kevin@kevinlittle.com

Attorney for Defendant Raul Zamudio Hurtado, Jr.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1: 17-cr-00135-DAD-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| v. | |
| RAUL ZAMUDIO HURTADO, JR., | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney and Kimberly Sanchez, Assistant U.S. Attorney and the undersigned attorney for defendant Raul Zamudio Hurtado that the sentencing hearing set for August 15, 2022 at 9:00 am before the Honorable Dale A. Drozd, U.S. District Court Judge, be continued to October 17, 2022 at 8:30AM. The reason for the request is that defendant's counsel is still in a multi-week criminal trial expected to continue into September 2022 (*United States v. Rivas Gomez and Castro*, No. 1:18-cr-00002 JLT SKO*)* which conflicts with the Defendant's current sentencing date and counsel's ability to prepare related filings as currently scheduled.

//
//
//

Dated: August 11, 2022    Respectfully submitted,
PHILLIP A. TALBERT
Acting United States Attorney

By    */s/ Kimberly Sanchez*
KIMBERLY SANCHEZ
Assistant U.S. Attorney

Dated: August 11, 2022    */s/ Kevin Little*
KEVIN LITTLE
Attorney for Defendant Raul Zamudio Hurtado, Jr.

**ORDER**

Pursuant to the stipulation of the parties, the sentencing hearing currently set for August 15, 2022 at 9:00 a.m. is hereby continued to October 17, 2022 at 8:30 a.m. before the then-assigned district judge.

IT IS SO ORDERED.

Dated: **August 11, 2022**

UNITED STATES DISTRICT JUDGE