Kevin G. Little, SBN 149818
LAW OFFICE OF KEVIN G. LITTLE
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 342-5800
Facsimile: (559) 242-2400
E-mail: kevin@kevinlittle.com

Attorney for Defendant Raul Zamudio Hurtado, Jr.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAUL ZAMUDIO HURTADO, JR.,<br><br>Defendant. | No. 1: 17-cr-00135-JLT-SKO<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, and Kimberly Sanchez, Assistant U.S. Attorney, and the undersigned attorney for defendant Raul Zamudio Hurtado that the sentencing hearing set for October 28, 2022 at 9:00 am before the Honorable Jennifer L. Thurston, U.S. District Court Judge, be continued to January 6, 2023 at 9:00 a.m. The reason for the request is that defendant's counsel has had calendar conflicts which have prevented him from preparing his intended sentencing submissions.  It is anticipated that the requested continuance will provide sufficient time for the completion of all tasks related to this proceeding.

The parties further stipulate that the requested continuance is in the interests of justice, in order to provide the defendant with the effective assistance of counsel.

//

//

STIPULATION AND ORDER

-1-

Dated: October 19, 2022

Respectfully submitted,
PHILLIP A. TALBERT
United States Attorney

By  */s/ Kimberly Sanchez*
KIMBERLY SANCHEZ
Assistant U.S. Attorney

Dated: October 19, 2022

*/s/ Kevin Little*
KEVIN LITTLE
Attorney for Defendant Raul Zamudio Hurtado, Jr.

**ORDER**

IT IS SO ORDERED.

Dated:   **October 24, 2022**

UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER

-2-