Kevin G. Little, SBN 149818
LAW OFFICE OF KEVIN G. LITTLE
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 342-5800
Facsimile: (559) 242-2400
E-mail: kevin@kevinlittle.com

Attorney for Defendant Raul Zamudio Hurtado, Jr.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>RAUL ZAMUDIO HURTADO, JR.,<br><br>  Defendant. | No.  1: 17-cr-00135-JLT-SKO<br><br>STIPULATION TO FURTHER CONTINUE SENTENCING |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney and Kimberly Sanchez, Assistant U.S. Attorney and the undersigned attorney for defendant Raul Zamudio Hurtado, Jr. that the sentencing hearing set for January 6, 2023 at 9:00 am before the Honorable Jennifer L. Thurston, U.S. District Court Judge, be continued to February 13, 2023 at 10:00 a.m. The reason for the request is that defendant's counsel is beginning in a multi-week state homicide trial in January, *People v. Stanfield*, No. F13903065, and it will be difficult for him to prepare the necessary sentencing briefs while simultaneously preparing for this complex trial.

//

//

//

STIPULATION AND ORDER

-1-

Dated: December 20, 2022                Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By  */s/ Kimberly Sanchez*
KIMBERLY SANCHEZ
Assistant U.S. Attorney

Dated: December 20, 2022            */s/ Kevin Little*
KEVIN LITTLE
Attorney for Defendant Raul Zamudio Hurtado, Jr.

**ORDER**

IT IS SO ORDERED.

Dated:   **December 20, 2022**

UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER

-2-