Kevin G. Little, SBN 149818
LAW OFFICE OF KEVIN G. LITTLE
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 342-5800
Facsimile: (559) 242-2400
E-mail: kevin@kevinlittle.com

Attorney for Defendant Raul Zamudio Hurtado, Jr.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAUL ZAMUDIO HURTADO, JR.,<br><br>Defendant. | No. 1: 17-cr-00135-JLT-SKO<br><br>STIPULATION TO FURTHER CONTINUE SENTENCING |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney and Kimberly Sanchez, Assistant U.S. Attorney and the undersigned attorney for defendant Raul Zamudio Hurtado, Jr. that the sentencing hearing set for February 13, 2023 at 9:00 am before the Honorable Jennifer L. Thurston, U.S. District Court Judge, be continued to May 22, 2023 at 9:00 a.m. The reason for the request is that defendant's counsel just completed a month-long state homicide trial, *People v. Stanfield*, No. F13903065, which prevented him from preparing the necessary sentencing briefs while simultaneously participating in this complex trial.  Defense counsel also has four consecutive trials set for February 16, March 6, April 4, and April 17, 2023, which will make preparation for this complex sentencing hearing difficult.  Furthermore, the parties are still trying to resolve many potential sentencing issues informally, so that in-court sentencing proceedings will be more streamlined and less disputed.

STIPULATION AND ORDER

-1-

Dated: February 10, 2023	Respectfully submitted,

                                            PHILLIP A. TALBERT
                                            United States Attorney

                                  By	*/s/ Kimberly Sanchez*
                                            KIMBERLY SANCHEZ
                                            Assistant U.S. Attorney

Dated: February 10, 2023	*/s/ Kevin Little*
                                            KEVIN LITTLE
                                            Attorney for Defendant Raul Zamudio Hurtado, Jr.

## **ORDER**

IT IS SO ORDERED.

    Dated:   **February 10, 2023**

*(signature: Jennifer L. Thurston)*
UNITED STATES DISTRICT JUDGE