1  Todd J. Hilts, Esq. SBN 190711
   **LAW OFFICES OF TODD J. HILTS**
2  1912 Coronado Avenue, Suite 102
   San Diego, California 92154
3  Tel: (619) 531-7900; Fax: (619) 531-7904

4  Attorney for Defendant RAUL ZAMUDIO HURTADO, JR.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAUL ZAMUDIO HURTADO, JR.,<br><br>Defendant. | Case No.: 17-CR-00135-JLT-SKO-6<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING**<br><br>Date:      July 24, 2023<br>Time:      10:00 a.m.<br><br>New Date: September 25, 2021<br>New Time: 10:00 a.m. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney and Kimberly Sanchez, Assistant U.S. Attorney and the undersigned attorney for defendant Raul Zamudio Hurtado, Jr. That the sentencing hearing set for July 24, 2023 at 10:00 a.m. before the Honorable Jennifer L. Thurston, U.S. District Court Judge, be continued to September 25, 2023 at 10:00 a.m. Parties are working on a resolution.

//
//
//
//
//
//

|   |   |
|---|---|
|   | Respectfully Submitted, |
| DATED: July 24, 2023 | */s/ Todd J. Hilts*<br>TODD J. HILTS<br>Attorney for Defendant<br>RAUL ZAMUDIO HURTADO, JR. |
| DATED: July 24, 2023 | */s/ Kimberly Sanchez*<br>KIMBERLY SANCHEZ<br>Assistant U.S. Attorney |

**ORDER**

IT IS SO ORDERED.

DATED: July 24, 2023

UNITED STATES DISTRICT JUDGE

2