1  PHILLIP A. TALBERT
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                      EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,              CASE NO.  1:17-CR-00135-JLT-SKO

12                         Plaintiff,     STIPULATION REQUESTING A CONTINUANCE
                                          OF SENTENCING HEARING; FINDINGS AND
13                  v.                    ORDER

14 RAUL ZAMUDIO HURTADO,                  DATE: September 25, 2023
                                          TIME: 10:00 a.m.
15                         Defendant.     COURT: Hon. Jennifer L. Thurston

16

17                            **STIPULATION**

18      Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, hereby stipulate as follows:

20      1.      By previous order, this matter was set for a sentencing on September 25, 2023.

21      2.      By this stipulation, defendant now moves to continue the hearing until November 13,

22 2023, and to exclude time between September 25, 2023, and November 13, 2023.

23      3.      The parties agree and stipulate, and request that the Court find the following:

24      a)      The government has represented that the discovery associated with this case

25 includes a substantial volume of reports, electronic evidence (wire data and recordings, videos

26 and other recordings and electronic evidence), lab analysis and reports, photographs, and other

27 evidence.  All of this discovery has been either produced directly to counsel and/or made

28 available for inspection and copying.

STIPULATION REQUESTING A CONTINUANCE OF          1
SENTENCING

1           b)      Counsel for defendant desires additional time to review a plea offer in an

2    additional matter that would have impact on the sentencing in this case.

3           c)      Counsel for defendant believes that failure to grant the above-requested

4    continuance would deny him/her the reasonable time necessary for effective preparation, taking

5    into account the exercise of due diligence.

6           d)      The government does not object to the continuance.

7    IT IS SO STIPULATED.

8

9

10   Dated:  September 22, 2023                PHILLIP A. TALBERT
                                         United States Attorney

11

12                                       /s/ KIMBERLY A. SANCHEZ
                                         KIMBERLY A. SANCHEZ
                                         Assistant United States Attorney

13

14

15   Dated:  September 22, 2023                /s/ TODD HILTS
                                         TODD HILTS

16                                       Counsel for Defendant
                                         RAUL ZAMUDIO HURTADO

17

18

19   **FINDINGS AND ORDER**

20   IT IS SO FOUND.

21

22   IT IS SO ORDERED.

23   Dated:    **September 25, 2023**

24                                       UNITED STATES DISTRICT JUDGE

25

26

27

28

STIPULATION REQUESTING A CONTINUANCE OF
SENTENCING

2