PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00135-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION REQUESTING A CONTINUANCE OF SENTENCING HEARING; FINDINGS AND ORDER |
| v. | |
| RAUL ZAMUDIO HURTADO, | DATE: November 13, 2023 |
| Defendant. | TIME: 10:00 a.m.<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a sentencing on November 13, 2023.

2. By this stipulation, defendant now moves to continue the hearing until January 29, 2024, and to exclude time between November 13, 2023, and January 29, 2024.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes a substantial volume of reports, electronic evidence (wire data and recordings, videos and other recordings and electronic evidence), lab analysis and reports, photographs, and other evidence. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)    Counsel for defendant requested the government modify a previously extended plea offer. The government agreed to the modification and conveyed the modified plea agreement to the defendant. The defendant desires additional time to review the modified plea offer in an additional matter that would have impact on the sentencing in this case.

      c)    Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)    The government does not object to the continuance.

IT IS SO STIPULATED.

Dated: November 8, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ KIMBERLY A. SANCHEZ
KIMBERLY A. SANCHEZ
Assistant United States Attorney

Dated: November 8, 2023

/s/ TODD HILTS
TODD HILTS
Counsel for Defendant
RAUL ZAMUDIO HURTADO

**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated: **November 9, 2023**

*Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE