IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>**RAUL ZAMUDIO HURTADO**<br><br>　　　　　　　　Defendant. | CR NO: 1:17-CR-00135 |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum　　　☐ Ad Testificandum

Name of Detainee: Raul Zamudio Hurtado
Detained at: Stanislaus County Jail
Detainee is:
　a.) ☐ charged in this district by: ☐ Indictment ☐ Information ☐ Complaint charging detainee with:
　or
　b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
　a.) ☐ return to the custody of detaining facility upon termination of proceedings
　or
　b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary June 3, 2024 in the Eastern District of California.*

Signature: /s/ Kimberly A. Sanchez
Printed Name & Phone No: Kimberly A. Sanchez
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum　　　☐ Ad Testificandum

　　The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **on June 3, 2024 at 9:00 AM**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **May 28, 2024**　　　　　*/s/ Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　Honorable Barbara A. McAuliffe
　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | |
|---|---|
| AKA(s) (if | ☒ Male　☐ Female |
| Booking or CDC #: 1516516 | DOB: 11/24/1982 |
| Facility Address: 805 12th St, Modesto, CA 95354 | Race: Hispanic |
| Facility Phone: (209) 491-8727 | FBI#: |
| Currently | |

## RETURN OF SERVICE

Executed on: _____　　_____
　　　　　　　　　　　　　　　　　　(signature)